439 A.2d 620
COMMONWEALTH of Pennsylvania
v.
Jeffrey W. BECHTOLD, Petitioner.
Supreme Court of Pennsylvania.
Dec. 3, 1981.

## ORDER

**PER CURIAM.**

The petition for allowance of appeal is granted. The judgment of sentence is reversed and petitioner is granted a new trial, *Commonwealth v. Scott*, 496 Pa. 188, 436 A.2d 607 (1981).